**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SIMON RICHARDSON<br>Plaintiffs,<br><br>v.<br><br>WHITMARSH CORPORATION and<br>BROTHER JOHN MCHALE,<br>JOHN DOE and JANE DOE<br>Individually and severally<br>Defendants. | : | C.A. No.<br>CA 07 309 ML |

**NOTICE OF REMOVAL**

To: Clerk's Office, United States District Court
District of Rhode Island
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Clerk, Rhode Island Superior Court
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Simon Richardson
102 Seventh Street
Providence, RI 02906

Defendants Whitmarsh Corporation and Brother John McHale give notice pursuant to 28 U.S.C. § 1446 that they hereby remove the case presently pending in the Rhode Island Superior Court, entitled Simon Richardson v. Whitmarsh Corporation, et al., C.A. No. 07-3746 ("State Court Action"), to the United States District Court for the District of Rhode Island.

Removal is authorized by 28 U.S.C. §§ 1441 and 1331 and is based on the District Court's original jurisdiction of claims arising under the laws of the United States. In support of this Notice, Defendant states:

1. This case was commenced on or about July 20, 2007 in the Rhode Island Superior Court. A copy of the Complaint is attached as **Exhibit A.**[1] The time within which Defendants may remove the action pursuant to 28 U.S.C. § 1446 to the United States District Court for the District of Rhode Island has not yet expired. All Defendants consent to the removal of this action.

2. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 and the State Court action is removable under the provision of 28 U.S.C. § 1441(a) and (b) in that Plaintiff's Complaint includes a claim for discrimination on the basis of an alleged disability in violation of the Americans With Disabilities Act, 42 U.S.C. §12101 et seq., which gives rise to original jurisdiction of actions arising under the laws of the United States.

3. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Rhode Island Superior Court pursuant to the Notice of Filing of Notice of Removal attached hereto as **Exhibit B**, and a copy of this Notice of Removal will be served upon Plaintiff.

Dated: August 16, 2007

[1] Certified copies of the State court docket sheet and the State court records and proceedings will be filed within 10 days in accordance with Local Rule 81(b).

WHITMARSH CORPORATION and
BROTHER JOHN McHALE
By their attorneys,

Jaime J. LaPorte

DAVID A. WOLLIN (#4950)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
dwollin@apslaw.com
jlaporte@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Notice of Removal was mailed to the following by first class mail postage prepaid on this 16th day of August 2007:

Mr. Simon Richardson
102 Seventh Street
Providence, RI 02906

Jaime J. LaPorte

*425738_1.doc*