STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| SIMON RICHARDSON<br>Plaintiffs, | : | |
| v. | : | C.A. No. 07-3746 |
| WHITMARSH CORPORATION and<br>BROTHER JOHN MCHALE,<br>JOHN DOE and JANE DOE<br>Individually and severally<br>Defendants. | : | |

**NOTICE OF FILING NOTICE OF**
**REMOVAL TO UNITED STATES DISTRICT COURT**

Defendants Whitmarsh Corporation and Brother John McHale hereby give notice to the Court that they have removed the above-captioned lawsuit to the United States District Court for the District of Rhode Island. A copy of the Notice of Removal filed with the United States District Court for the District of Rhode Island is attached as **Exhibit A.**

Dated: August 16, 2007

WHITMARSH CORPORATION and
BROTHER JOHN McHALE
By their attorneys,

Jaime J. LaPorte

DAVID A. WOLLIN (#4950)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Notice of Filing of Notice of Removal was mailed to the following by first class mail postage prepaid on this 16th day of August 2007:

Mr. Simon Richardson
102 Seventh Street
Providence, RI 02906

Jaime J. LaPonte

*425740_1.doc*