STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3746 SIMON RICHARDSON V WHITMARSH CORPORATION

Filing Date: 07-20-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 08-16-2007

Plaintiff: SIMON RICHARDSON
ID: @10917549
Attorney: PRO SE

Defendant: WHITMARSH CORPORATION
ID: @10917550
Attorney: DAVID WOLLIN
Attorney: JAIME LAPORTE

Defendant: BROTHER JOHN MCHALE
ID: @10917551
Attorney: DAVID WOLLIN
Attorney: JAIME LAPORTE

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-20-2007 | COMPLAINT FILED | |
| 07-20-2007 | INITIAL FILING FEE | |
| 07-23-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP252903. |
| 08-06-2007 | ANSWER FILED | TO COMPLNT<br>Affiliated: WHITMARSH CORPORATION |
| 08-16-2007 | WITHDRAWAL OF APPEARANCE | BY JESSICA PAPAZIAN-ROSS ON BEHALF OF DEFT WHITMARSH CORP. AND JOHN MCHALE. |
| 08-16-2007 | ENTRY OF APPEARANCE | WOLLIN AND LAPORTE ON BEHALF OF DEFENDANTS WHITMARSH CORP AND JOHN MCHALE. |
| 08-16-2007 | NOTICE | NOTICE OF FILING OF REMOVAL TO U.S. DISTRICT COURT OF R.I.. FILED BY DEFENDANTS. CASE #07-309ML |
| 08-16-2007 | CASE REMVD TO US DISTRICT CT | CASE ID 07-309ML. COMPLETED. CERTIFIED COPIES OF COMPLETE CASE GIVEN TO LAW FIRM OF ADLER POLLOCK & SHEEHAN PC |
| 08-16-2007 | OTH DOC FILED DURING DISCOV | CASE IS REMOVED. CASE IS CLOSED. |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Rhode Island