**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SIMON RICHARDSON | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-309ML |
| | : | |
| WHITMARSH CORPORATION and | : | |
| BROTHER JOHN MCHALE, | : | |
| JOHN DOE and JANE DOE | : | |
| Individually and severally | : | |
| Defendants. | : | |

## DEFENDANT WHITMARSH CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Whitmarsh Corporation hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: Providence, Rhode Island
August 31, 2007

WHITMARSH CORPORATION
By its attorneys,

/s/ Jaime J. LaPorte
DAVID A. WOLLIN (#4950)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
dwollin@apslaw.com
jlaporte@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Rule 7.1 Statement was mailed to the following by first class mail postage prepaid on this 31st day of August 2007:

Mr. Simon Richardson
102 Seventh Street
Providence, RI 02906

/s/ Jaime J. LaPorte

*427432_1.doc*