**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SIMON RICHARDSON | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-309ML |
| | : | |
| WHITMARSH CORPORATION and | : | |
| BROTHER JOHN MCHALE, | : | |
| JOHN DOE and JANE DOE | : | |
| Individually and severally | : | |
| Defendants. | : | |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR TRIAL**

Plaintiff's argument that his Amended Complaint and Demand for Jury Trial ("Amended Complaint") should be allowed by the Court is without merit and should be denied for two reasons. First, contrary to Plaintiff's assertions, Defendants did file a responsive pleading before Plaintiff filed the Amended Complaint. Thus, under Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff was required to seek the permission of the Court or consent of the Defendants prior to filing the Amended Complaint. Plaintiff admittedly did not do either of these things. Accordingly, Plaintiff failed to comply with the requirements of Rule 15(a) and the Amended Complaint should be dismissed.

Second, Plaintiff's Objection to Defendants' Motion to Dismiss highlights the lack of clarity in his Amended Complaint. In the "appendix" to Plaintiff's Objection, Plaintiff sets forth a list of statutes that Defendants allegedly violated. If the Amended Complaint was sufficiently clear, it would have been unnecessary for Plaintiff to list his claims in his Objection. It is telling that there are claims in the appendix that were not included in the Amended Complaint, such as a

claim for intentional infliction of emotional distress. Plaintiff should not be permitted to use the briefing process to further muddy the waters or to add claims to his Complaint.

Under Fed. R. Civ. P. 8(a), Plaintiff is required to file a complaint containing a "short and plain statement" of his claims. The complaint must also be "simple, concise and direct." Fed. R. Civ. P. 8(e)(1). The Amended Complaint, however, fails to meet those requirements. Defendants should know the exact legal claims they are facing so they can mount an appropriate defense. Right now, Plaintiff's Amended Complaint is a moving target that serves merely to confuse rather than elucidate the claims in this case. Accordingly, Defendants respectfully request that Plaintiff's Amended Complaint be dismissed.

Dated: Providence, Rhode Island
October 2, 2007

WHITMARSH CORPORATION and
BROTHER JOHN McHALE
By their attorneys,

/s/ Jaime J. LaPorte
DAVID A. WOLLIN (#4950)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
dwollin@apslaw.com
jlaporte@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Reply in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Demand for Trial was mailed to the following by first class mail postage prepaid on this 2nd day of October 2007:

Mr. Simon Richardson
102 Seventh Street
Providence, RI 02906

/s/ Jaime J. LaPorte

*430954_1.doc*