**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMON RICHARDSON**<br>Plaintiff | : | |
| v. | : | C.A. No. 07 – 309ML |
| **WHITMARSH CORPORATION and**<br>**BROTHER JOHN McHALE**<br>**JOHN DOE and**<br>**JANE DOE, individually and severally** | : | Superior Court No. 07-3746 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

1. Now comes the Plaintiff, SIMON RICHARDSON, pro se, and hereby requests this Honorable Court permit him to submit a second amended motion free of the uncertainties identified in this Honorable Court's ORDER DISMISSING AMENDED COMPLAINT of 10/16/07;
2. Plaintiff also requests a period of thirty (30) days in which to prepare and submit such a motion.

WHEREFORE, Plaintiff prays this Honorable Court accept and grant **PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** and afford Plaintiff thirty (30) days after granting this motion in which to prepare and submit the same.

**DATED: November 2, 2007**

**Respectfully submitted,**

**SIMON RICHARDSON, pro se**
**102 Seventh Street**
**Providence, RI 02906**
**(401) 270 - 1940**
**Plaintiff**

**CERTIFICATION**

I hereby certify that I sent a copy of the foregoing by first-class mail to Defendants' attorneys, DAVID A. WOLLIN and JAIME J. LAPORTE, Esquires, of

ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

On this 2nd day of November 2007.

SIMON RICHARDSON, pro se
102 Seventh Street
Providence, RI 02906
(401) 270 - 1940
Plaintiff