**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SIMON RICHARDSON<br>Plaintiff,<br><br>v.<br><br>WHITMARSH CORPORATION and<br>BROTHER JOHN MCHALE,<br>JOHN DOE and JANE DOE<br>Individually and severally<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-309ML |

**DEFENDANTS' PARTIAL OBJECTION TO PLAINTIFF'S "MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT"**

Defendants Whitmarsh Corporation and Brother John McHale hereby object to Plaintiff's "Motion for Leave to File a Second Amended Complaint" to the extent Plaintiff is seeking, by his Motion, for leave to file a second amended complaint. Defendants do not object to the extent Plaintiff's motion is asking the Court for permission to file a subsequent motion for leave to file a second amended complaint together with a proposed second amended complaint. The grounds for this partial objection are set forth in the accompanying memorandum of law.

Dated: November 5, 2007

WHITMARSH CORPORATION and
BROTHER JOHN McHALE
By their attorneys,

/s/ Jaime J. LaPorte

DAVID A. WOLLIN (#4950)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
dwollin@apslaw.com
jlaporte@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Defendants' Partial Objection to "Plaintiff's Motion for Leave to File a Second Amended Complaint" was mailed to the following by first class mail postage prepaid on this 5th day of November 2007:

Mr. Simon Richardson
102 Seventh Street
Providence, RI 02906

*/s/ Jaime J. LaPorte*

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SIMON RICHARDSON | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-309ML |
| | : | |
| WHITMARSH CORPORATION and | : | |
| BROTHER JOHN MCHALE, | : | |
| JOHN DOE and JANE DOE | : | |
| Individually and severally | : | |
| Defendants. | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR PARTIAL OBJECTION TO PLAINTIFF'S "MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT"**

Defendants Whitmarsh Corporation ("Whitmarsh") and Brother John McHale submit this memorandum of law in support of their partial objection to Plaintiff's "Motion for Leave to File a Second Amended Complaint."

**ARGUMENT**

By Order dated October 16, 2007 (Doc. #10), Magistrate Judge Martin dismissed Plaintiff's Amended Complaint and Demand for Trial, but the denial was without prejudice to the right to file a motion for leave to file a second amended complaint which complied with the Federal Rules of Civil Procedure and was free of the uncertainties identified in the Court's order. Now, Plaintiff has filed a "Motion for Leave to File a Second Amended Complaint." To the extent Plaintiff's motion merely seeks permission to file a subsequent motion for leave to file a second amended complaint, together with a proposed second amended complaint, the Court has given Plaintiff that right and Defendants have no objection.

However, to the extent Plaintiff's motion is, in reality and as reflected in the caption, seeking permission to file a second amended complaint, Defendants submit that the motion

should be denied for the following reasons. First, Plaintiff has not submitted the proposed second amended complaint establishing that it complies with the Federal Rules of Civil Procedure and is free of the uncertainties identified in the Court's order. Second, Plaintiff's motion fails to offer any grounds why the second amended complaint should be allowed. Third, Plaintiff has failed to comply with applicable local rule requiring each motion to be accompanied by a separate memorandum of law with applicable points and authorities.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that Plaintiff's motion be denied to the extent Plaintiff is seeking, by his motion, for leave to file a second amended complaint.

Dated: November 5, 2007

WHITMARSH CORPORATION and
BROTHER JOHN McHALE
By their attorneys,

/s/ Jaime J. LaPorte
DAVID A. WOLLIN (#4950)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
dwollin@apslaw.com
jlaporte@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Memorandum of Law in Support of Defendants' Partial Objection to "Plaintiff's Motion for Leave to File a Second Amended Complaint" was mailed to the following by first class mail postage prepaid on this 5th day of November 2007:

Mr. Simon Richardson
102 Seventh Street
Providence, RI 02906

*/s/ Jaime J. LaPorte*

434127_1.doc