**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SIMON RICHARDSON | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-309ML |
| | : | |
| WHITMARSH CORPORATION and | : | |
| BROTHER JOHN MCHALE, | : | |
| JOHN DOE and JANE DOE | : | |
| Individually and severally | : | |
| Defendants. | : | |

# ENTRY OF APPEARANCE

I, Michael D. Chittick, hereby enter my appearance on behalf of Defendants, Whitmarsh Corporation and Brother John McHale in the above-captioned matter.

*/s/ Michael D. Chittick*

MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: May 2, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a copy of the within was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael D. Chittick

*453216_1.doc*