**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMON RICHARDSON** Plaintiff | : | |
| v. | : | C.A. No. 07 – 309ML-DLM |
| **WHITMARSH CORPORATION and BROTHER JOHN McHALE JOHN DOE and JANE DOE, individually and severally** | : | Superior Court No. 07-3746 |

**OBJECTION TO DEFENDANTS' MOTION TO COMPEL**

**And**

**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

Pursuant to Defendants' above-named motion, Plaintiff objects, and prays as follows:

1. This Honorable Court deny Plaintiff's Motion to Compel;
2. This Honorable Court grant Plaintiff an extension of thirty days from the date of this motion to complete the responses under discussion.

DATED: August 18, 2008

**Respectfully submitted,**

**SIMON RICHARDSON, pro se**
**102 Seventh Street**
**Providence, RI 02906**
**(401) 270 - 1940**
**Plaintiff**

**CERTIFICATION**

I hereby certify that I sent a copy of the foregoing by first-class mail to Defendants' attorneys, DAVID A. WOLLIN and MICHAEL CHITTICK, Esquires, of

ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

On this 18th day of August 2008.

SIMON RICHARDSON, pro se
102 Seventh Street
Providence, RI 02906
(401) 270 - 1940

Plaintiff