UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SIMON J. RICHARDSON, Plaintiff, | : | C.A. No. 07-309 ML |
| v. | : | |
| WHITMARSH CORPORATION and BROTHER JOHN McHALE, Defendants | : | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO MAKE EXPERT WITNESS DISCLOSURES**

Pursuant to Local Rule Cv 7(a), Defendants Whitmarsh Corporation and Brother John McHale hereby move this Court for an extension of the September 2, 2008 deadline in the Pretrial Order to provide their expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2). Defendants are seeking a 60-day extension because Plaintiff has failed to provide any discovery or mandatory disclosures to the Defendants.

ARGUMENT

Defendants submit there is good cause for an extension of the September 2, 2008 deadline for making their expert disclosures: Plaintiff has utterly failed to comply with his discovery and mandatory disclosure obligations under the Federal Rules. As of this date, Defendant has obtained absolutely nothing from Plaintiff. Specifically, Defendants, despite having served interrogatories and a request for production of documents on Plaintiff on May 19, 2008, have yet to receive any responses from Plaintiff. Additionally, although Defendants provided their Rule 26(a)(1) initial disclosures to Plaintiff on March 14, 2008, Plaintiff still has not provided his Rule 26(a)(1) initial disclosures to Defendants.

On July 28, 2008, Defendants filed a motion to compel Plaintiff to provide initial disclosures and responses to their discovery requests. Plaintiff did not file a timely objection to Defendants' motion to compel, and the Court granted the motion on August 18, 2008. In accordance with the local rules, Plaintiff has twenty days or until September 8, 2008 to comply.

Pursuant to the Court's Pretrial Order, Defendants are required to make their expert witness disclosures by September 2, 2008. Because Defendants' need for expert witnesses, if any, is largely dependent on Plaintiff's responses to Defendants' discovery requests and his initial disclosures, Defendants respectfully request that this Court grant them an additional 60 days from September 2, 2008 to make their expert witness disclosures.

CONCLUSION

For the foregoing reasons, Defendants respectfully request that the motion for extension be granted.

DEFENDANTS, WHITMARSH CORPORATION
and BROTHER JOHN McHALE.
By Their Attorneys,

*/s/ David A. Wollin*

DAVID A. WOLLIN (#4950)
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: August 20, 2008

**Statement Under Local Rule Cv 7(e)**

Defendant does not request oral argument or an evidentiary hearing.

**CERTIFICATE OF SERVICE**

On this 20th day of August, 2008, I caused a true and accurate copy of the within to be sent via first-class mail, postage prepaid, to Simon J. Richardson, 102 Seventh Street, Providence, Rhode Island 02906.

*/s/ David A. Wollin*

*465413_1*