UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SIMON J. RICHARDSON

v.                                                              CA 07-309 ML

WHITMARSH CORPORATION and
BROTHER JOHN MCHALE

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Martin on December 8, 2009. The Magistrate Judge recommends that Defendant's Motion for Summary Judgment be granted. Plaintiff essentially argues that there are material facts in dispute which warrant submission of his claims to a jury.

This Court has reviewed the Report and Recommendation and Plaintiff's objections. Having done so, the Court finds that the Magistrate Judge properly recounted those material facts not in dispute and correctly applied the pertinent law to those facts. The Court finds no merit in Plaintiff's objections.

Accordingly, the Court adopts the Report and Recommendation in its entirety. Defendant's Motion for Summary Judgment is GRANTED. The clerk is directed to enter judgment in favor of Defendants.

SO ORDERED:

_Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
December 29, 2009